SCOTT P. DEVRIES, Cal. Bar No. 88221
**HUNTON ANDREWS KURTH LLP**
50 California Street, Suite 1700
San Francisco, CA 94111
Telephone:  415.975.3700
Facsimile:   415.975.3701
Email:        SDeVries@hunton.com

RACHEL E. HUDGINS (admitted *pro hac vice*)
**HUNTON ANDREWS KURTH LLP**
Bank of America Plaza, Ste. 4100
600 Peachtree Street, N.E.
Atlanta, GA 30308
Telephone:  404.888.4000
Facsimile:   404.888.4190
Email:        RHudgins@hunton.com

Attorneys for Plaintiffs RLC INDUSTRIES CO.
and ROSEBURG FOREST PRODUCTS CO.

JEFFREY S. CROWE, Cal. Bar No. 216055
**SHEPPARD, MULLIN, RICHTER & HAMPTON LLP**
650 Town Center Drive, 10th Floor
Costa Mesa, California 92626
Telephone:  714.513.5100
Facsimile:   714.513.5130
Email:        jcrowe@sheppardmullin.com

MARY E. GREGORY, Cal. Bar No. 210247
**SHEPPARD, MULLIN, RICHTER & HAMPTON LLP**
333 South Hope Street, 43rd Floor
Los Angeles, California 90071-1422
Telephone:  213.620.1780
Facsimile:   213.620.1398
Email:        mgregory@sheppardmullin.com

Attorneys for Defendant LIBERTY
INSURANCE CORPORATION

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| RLC INDUSTRIES CO. and ROSEBURG FOREST PRODUCTS CO., <br><br> Plaintiffs, <br><br> v. <br><br> LIBERTY INSURANCE CORPORATION, EVEREST NATIONAL INSURANCE COMPANY, and THE OHIO CASUALTY INSURANCE COMPANY, <br><br> Defendants. | Case No. 2:23-cv-00649-TLN-DB <br><br> Assigned to the Hon. Troy L. Nunley and Magistrate Judge Deborah Barnes <br><br> **JOINT STIPULATION AND ORDER TO MODIFY THE INITIAL PRETRIAL SCHEDULING ORDER** |

Pursuant to Federal Rule of Civil Procedure 16(b)(4), Plaintiffs RLC Industries, Inc. and Roseburg Forest Products Co. (collectively "Roseburg"), and Defendant Liberty Insurance Corporation ("Liberty") (collectively "the Parties"), by and through their counsel, hereby stipulate to modify the Initial Pretrial Scheduling Order in this matter.

I.   **RECITALS.**

**WHEREAS:**

1. On April 7, 2023, Roseburg filed its Complaint in this action against Liberty, The Ohio Casualty Insurance Company and Everest National Insurance Company. Roseburg asserts causes of action for breach of contract and breach of the covenant of good faith and fair dealing against Liberty. Roseburg alleges that Liberty failed to defend Roseburg against claims arising out of a fire in Weed, California, that originated on Roseburg's premises. Roseburg further alleges that Liberty's conduct was in bad faith. Liberty denies Roseburg's claims.

2. On May 26, 2023, Liberty filed its Answer to Roseburg's Complaint.

3. On April 7, 2023, the Court issued its Initial Pretrial Scheduling Order. (ECF 5.)

4. On June 30, 2023, the Parties submitted their Joint Rule 26(f) Report and Discovery Plan (ECF 24), which includes the dates the Parties now seek to modify.

5. On July 11, 2023, the Court issued a Minute Order advising the Parties to submit any request to modify the Court's Initial Pretrial Scheduling Order through a Stipulation and Proposed Order for the Court's consideration. (ECF 25.)

6. On August 7, 2023, pursuant to Roseburg and defendant Ohio Casualty Insurance Company's Stipulation, the Court dismissed Ohio Casualty with prejudice. (ECF 28.) In addition, Roseburg and defendant Everest National Insurance Company have reached a settlement in principle. Once the settlement is final, Roseburg and Everest will submit a stipulation to dismiss Everest.

7. After the Parties submitted the Joint Rule 26(f) Report, they moved forward with written discovery, including Interrogatories, Requests for Admissions and Requests

for Production of Documents.

8. In response to this discovery, Liberty and Roseburg have both produced documents. Liberty has produced over 38,000 pages of documents. Roseburg has produced in excess of 11,500 documents (not pages).

9. The Parties have discussed a preliminary list of the witnesses who will need to be deposed after they have completed a comprehensive review of the voluminous documents produced in this matter.

10. The Parties have agreed to participate in private mediation with the Honorable Ronald M. Sabraw (Ret.) of JAMS, which they are working to schedule.

11. The Parties require additional time to complete pre-mediation, and if necessary, post-mediation discovery and depositions before the non-expert discovery cutoff, which is currently January 19, 2024.

12. The Parties have been diligent in pursuing discovery, however, the volume of responsive information requires additional time to complete discovery if the Parties are unable to resolve the matter at mediation. As a result, the Parties will be unable to complete discovery by the present deadlines as ordered in the Initial Pretrial Scheduling Order.

## II.   STIPULATION.

Therefore, the Parties, by and through their counsel of record, hereby stipulate to an order from the Court modifying the Initial Pretrial Scheduling Order, as follows:

| Deadline | Current Date | Proposed Date |
| --- | --- | --- |
| Non-Expert Discovery Cutoff | January 19, 2024 | May 3, 2024 |
| Initial Expert Witness Disclosures Due | March 22, 2024 | July 5, 2024 |
| Rebuttal Expert Witness Disclosures Due | April 19, 2024 | August 2, 2024 |
| Expert Discovery Cutoff | June 21, 2024 | September 27, 2024 |

| Last Day to File Dispositive Motions | July 18, 2024 | October 31, 2024 |
| --- | --- | --- |
| Supplemental Disclosures and Discovery Responses Due | July 25, 2024 | November 5, 2024 |
| Last Day to Hear Dispositive Motions | August 22, 2024 | December 5, 2024 |

**IT IS SO STIPULATED.**

Dated: December 18, 2023

          HUNTON ANDREWS KURTH LLP

                  */s/ Rachel E. Hudgins*
         By   *(as authorized on Dec. 18, 2023)*
              SCOTT P. DeVRIES
              RACHEL E. HUDGINS
              Attorneys for Plaintiffs
          RLC INDUSTRIES CO. and ROSEBURG
             FOREST PRODUCTS CO.

Dated: December 18, 2023

         SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

         By      */s/ Mary E. Gregory*
              JEFFREY S. CROWE
              MARY E. GREGORY
             Attorneys for Defendant
         LIBERTY INSURANCE CORPORATION

**ORDER**

Having considered the Stipulation and for good cause shown, IT IS HEREBY ORDERED that the Initial Pretrial Scheduling Order in this case (ECF 5) be modified as follows:

1. The non-expert discovery completion date shall be continued to May 3, 2024.

2. The deadline to disclose expert witnesses and produce expert reports shall be continued to July 5, 2024.

3. The deadline to disclose rebuttal expert witness and produce rebuttal expert witness reports shall be continued to August 2, 2024.

4. The expert discovery completion date shall be continued to September 27, 2024.

5. The deadline to file dispositive motions shall be continued to October 31, 2024.

6. The deadline to serve supplemental disclosures and discovery responses shall be continued to November 5, 2024.

7. The last day to hear dispositive motions shall be continued to December 5, 2024.

IT IS SO ORDERED.

DATED: December 19, 2023

Troy L. Nunley
United States District Judge