**HUNTON ANDREWS KURTH LLP**
Scott P. DeVries (State Bar No. 88221)
50 California Street, Suite 1700
San Francisco, CA 94111
Telephone: (415) 975-3700
Facsimile: (415) 975-3701
sdevries@huntonak.com
*Attorneys for Plaintiffs RLC Industries Co. and Roseburg Forest Products Co.*

**MCCLOSKEY, WARING, WAISMAN & DRURY LLP**
Andrew R. McCloskey (State Bar No. 179511)
David G. Hackett (State Bar No. 259775)
Richard E. Decker (State Bar No. 299729)
4445 Eastgate Mall, Suite 200
San Diego, CA 92121
Telephone: (619) 237-3095
Facsimile: (619) 237-3789
amccloskey@mwwdlaw.com
rdecker@mwwdlaw.com
dhackett@mwwdlaw.com
*Attorneys for Defendant Everest National Insurance Company*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RLC INDUSTRIES CO. and ROSEBURG FOREST PRODUCTS CO.,<br><br>Plaintiffs,<br><br>v.<br><br>LIBERTY INSURANCE CORPORATION, EVEREST NATIONAL INSURANCE COMPANY, and THE OHIO CASUALTY INSURANCE COMPANY,<br><br>Defendants. | Case No. 2:23-CV-00649-TLN-DB<br><br>*Assigned to The Hon. Troy L. Nunley and Magistrate Judge The Hon. Deborah Barnes*<br><br>**STIPULATION AND ORDER TO:**<br><br>(1) **DISMISS DEFENDANT EVEREST NATIONAL INSURANCE COMPANY; AND**<br><br>(2) **RETAIN JURISDICTION** |

## STIPULATION

Plaintiffs RLC Industries Co. and Roseburg Forest Products Co. (collectively "Roseburg") and defendant Everest National Insurance Company ("Everest National") (collectively, the "Party" or "Parties"), by and through their counsel of record, hereby agree and stipulate as follows:

1. Roseburg's Complaint in this action shall be dismissed with prejudice as to Everest National only, with each Party bearing its own attorneys' fees and costs;

2. The Court shall retain jurisdiction to enforce the terms of the Parties' Confidential Settlement Agreement and Mutual Release ("Settlement Agreement"), to resolve any disputes regarding the Settlement Agreement, and to order any appropriate remedy, if a Party fails to comply with the terms of the Settlement Agreement.

DATED: January 26, 2024

| **HUNTON ANDREWS KURTH LLP** | **MCCLOSKEY, WARING, WAISMAN & DRURY LLP** |
|---|---|
| /s/    *Scott P. DeVries*  <br>Scott P. DeVries (State Bar No. 88221)<br>50 California Street, Suite 1700<br>San Francisco, CA  94111<br>Telephone:  (415) 975-3700<br>Facsimile:  (415) 975-3701<br>sdevries@HuntonAK.com<br><br>*Attorney for Plaintiffs RLC Industries Co. and Roseburg Forest Products Co.* | /s/    *Andrew R. McCloskey*  <br>Andrew R. McCloskey (State Bar No. 179511)<br>David G. Hackett (State Bar No. 259775, *admission pending*)<br>Richard E. Decker (State Bar No. 299729, *admission pending*)<br>4445 Eastgate Mall, Suite 200<br>San Diego, California  92121<br>Telephone:  (619) 237-3095<br>Facsimile:  (619) 237-3789<br>amccloskey@mwwdlaw.com<br>rdecker@mwwdlaw.com<br>dhackett@mwwdlaw.com<br><br>*Attorneys for Defendant Everest National Insurance Company* |

## ORDER

The Court, having read and considered the foregoing Stipulation for Entry of an Order to (1) Dismiss Roseburg's Complaint With Prejudice as to Defendant Everest National Insurance Company only; and (2) Retain Jurisdiction, and good cause appearing therefor,

**IT IS HEREBY ORDERED** that:

1. Roseburg's Complaint in this action shall be dismissed with prejudice as to Ohio Casualty only, with each Party bearing its own attorneys' fees and costs;

2. The Court shall retain jurisdiction to enforce the terms of the Parties' Confidential Settlement Agreement and Mutual Release ("Settlement Agreement"), to resolve any disputes regarding the Settlement Agreement, and to order any appropriate remedy, if a Party fails to comply with the terms of the Settlement Agreement.

DATED: January 29, 2024

Troy L. Nunley
United States District Judge

-3-   STIPULATION AND ORDER TO DISMISS EVEREST NATIONAL INS. CO.