SCOTT P. DEVRIES, Cal. Bar No. 88221
**HUNTON ANDREWS KURTH LLP**
50 California Street, Suite 1700
San Francisco, CA 94111
Telephone:   415.975.3700
Facsimile:    415.975.3701
Email:         SDeVries@hunton.com

RACHEL E. HUDGINS (admitted *pro hac vice*)
**HUNTON ANDREWS KURTH LLP**
Bank of America Plaza, Ste. 4100
600 Peachtree Street, N.E.
Atlanta, GA 30308
Telephone:   404.888.4000
Facsimile:    404.888.4190
Email:         RHudgins@hunton.com

Attorneys for Plaintiffs RLC INDUSTRIES CO.
and ROSEBURG FOREST PRODUCTS CO.

JEFFREY S. CROWE, Cal. Bar No. 216055
**SHEPPARD, MULLIN, RICHTER & HAMPTON LLP**
650 Town Center Drive, 10th Floor
Costa Mesa, California 92626
Telephone:   714.513.5100
Facsimile:    714.513.5130
Email:         jcrowe@sheppardmullin.com

SCOTT SVESLOSKY, Cal. Bar No. 217660
MARY E. GREGORY, Cal. Bar No. 210247
**SHEPPARD, MULLIN, RICHTER & HAMPTON LLP**
333 South Hope Street, 43rd Floor
Los Angeles, California 90071-1422
Telephone:   213.620.1780
Facsimile:    213.620.1398
Email:         mgregory@sheppardmullin.com

Attorneys for Defendant
LIBERTY INSURANCE CORPORATION

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| RLC INDUSTRIES CO. and ROSEBURG FOREST PRODUCTS CO., <br><br> Plaintiffs, <br><br> v. <br><br> LIBERTY INSURANCE CORPORATION, EVEREST NATIONAL INSURANCE COMPANY, and THE OHIO CASUALTY INSURANCE COMPANY, <br><br> Defendants. | Case No. 2:23-cv-00649-TLN-DB <br><br> Assigned to the Hon. Troy L. Nunley and Magistrate Judge Deborah Barnes <br><br> **STIPULATION AND ORDER TO LIMITED MODIFICATION OF THE PRETRIAL SCHEDULING ORDER** |

**TO THE HONORABLE COURT:**

Plaintiffs RLC Industries, Inc. and Roseburg Forest Products Co. (collectively "Roseburg"), and Defendant Liberty Insurance Corporation ("Liberty") (collectively "the Parties"), by and through their attorneys of record, enter into the following stipulation for an order modifying the Court's Scheduling Order (ECF 32) to continue the completion date for certain fact discovery until May 31, 2024.

**I.     RECITALS.**

**WHEREAS:**

1. On April 7, 2023, Roseburg filed its Complaint in this action against Liberty, The Ohio Casualty Insurance Company and Everest National Insurance Company. Roseburg asserts causes of action for breach of contract and breach of the covenant of good faith and fair dealing against Liberty. Roseburg alleges that Liberty failed to defend Roseburg against claims arising out of a fire in Weed, California, that originated on Roseburg's premises. Roseburg further alleges that Liberty's conduct was in bad faith. Liberty denies Roseburg's claims.

2. On May 26, 2023, Liberty filed its Answer to Roseburg's Complaint.

3. On April 7, 2023, the Court issued its Initial Pretrial Scheduling Order. (ECF 5).

4. On June 30, 2023, the Parties submitted their Joint Federal Rule 26(f) Report and Discovery Plan. (ECF 24).

5. On July 11, 2023, the Court issued a Minute Order advising the Parties to submit any request to modify the Court's Initial Pretrial Scheduling Order through a Stipulation and Proposed Order for the Court's consideration. (ECF 25).

6. On August 7, 2023, pursuant to Roseburg and defendant Ohio Casualty Insurance Company's Stipulation, the Court dismissed Ohio Casualty with prejudice. (ECF 28).

7. On January 29, 2024, pursuant to Roseburg and defendant Everest National Insurance Company's Stipulation, the Court dismissed Everest with prejudice. (ECF 35).

8. On December 19, 2023, the Court granted Roseburg's and Liberty's request to modify the Initial Pretrial Scheduling Order. (ECF 32). The Order continued the non-expert discovery completion date from January 19, 2024 to May 3, 2024.

9. The Parties will complete all written party discovery by May 3, 2024 apart from that associated with (i) a Joint Statement addressing the sufficiency of Liberty's responses to discovery served by Roseburg in September 2023 which will be filed no later than April 19, 2024, and (ii) the Parties' respective privilege logs.

10. On February 8, 2024, Liberty served a Subpoena Duces Tecum to non-party Baker Hostetler ("Baker"). Liberty and Baker have had several discussions regarding Baker's expected production. To date, Baker has produced over 23,000 pages of documents. Baker has advised Liberty that it has additional documents to produce and will need several weeks to complete its production. Baker's combined productions will exceed 1 terabyte of electronically stored documents.

11. Liberty has also served Subpoenas for Deposition Testimony to Baker in its capacity as a Federal Rule of Civil Procedure 30(b)(6) witness, and three individual Baker attorneys (Robert Julian, Joseph Chairez and Dustin Dow). However, Liberty contends that it cannot take these depositions until Baker completes its production of documents, which will not occur before May 3, 2024. Liberty also contends that it will also need time to review the anticipated production based on its discussions with Baker.

12. Roseburg has served a Subpoena for Deposition Testimony and Production of Documents to non-party Carlson, Calladine & Peterson LLP ("Carlson"), and a Subpoena for Deposition Testimony to one individual attorney at Carlson, David Bona. However, due to Mr. Bona's work obligations, he is unable to appear for deposition before May 3, 2024.

13. On February 5, 2024, Roseburg served a Federal Rule of Civil Procedure 30(b)(6) Notice of Deposition of Liberty. On March 21, 2024, Roseburg served a Notice of Deposition of Sarah Kaufman, a Liberty employee. Liberty has designated Ms. Kaufman to testify as a 30(b)(6) witness on certain categories. Due to work obligations,

Ms. Kaufman is unable to appear for deposition before May 3, 2024.

14. Roseburg recently advised that it seeks to take the deposition of Liberty employee Melissa Mandel. Based on the current deposition schedule, Ms. Mandel and counsel may not be available to complete her deposition before May 3, 2024.

15. Roseburg provided Liberty its privilege log on April 10, 2024. Liberty has not yet provided its privilege log.

16. The Parties reserve the right to take or resume depositions after Liberty provides its privilege log and any disputes related to the privilege logs are resolved.

17. For these reasons, the Parties require additional time to complete the depositions identified above after the May 3, 2024 non-expert discovery cutoff.

## II. STIPULATION.

Therefore, the Parties, by and through their counsel of record, hereby stipulate to an order from the Court extending the non-expert discovery completion date to May 31, 2024 for the sole purpose of completing the following depositions:

- Baker Hostetler in its capacity as an F.R.C.P. 30(b)(6) witness;
- Baker Attorney Joseph Chairez;
- Baker Attorney Robert Julian;
- Baker Attorney Dustin Dow;
- Carlson Calladine & Peterson LLP in its capacity as an F.R.C.P. 30(b)(6) witness;
- Carlson Attorney David Bona;
- Liberty employee Sarah Kaufman; and
- Liberty employee Melissa Mandel.

The Parties further stipulate that:

- If the Court orders Liberty to produce additional documents after a hearing on the Parties' Joint Statement of Discovery Disagreements described in Paragraph 9 above, Roseburg may seek to depose Liberty individuals identified in those documents.
- Either Party may seek to depose individuals identified in or related to the

other Party's privilege log.

● If the Court orders either Party to produce communications the Party had deemed privileged, the opposing Party may seek to depose or reopen depositions related to those communications.

All other dates in the Court's December 19, 2023 Order will remain the same.

**IT IS SO STIPULATED.**

Dated: April 16, 2024

                                      HUNTON ANDREWS KURTH LLP

                                      By   */s/ Rachel E. Hudgins*
                                            [as authorized on April 16, 2024]
                                              SCOTT P. DeVRIES
                                              RACHEL E. HUDGINS
                                              Attorneys for Plaintiffs
                                              RLC INDUSTRIES CO. and ROSEBURG
                                              FOREST PRODUCTS CO.

Dated: April 16, 2024

                                      SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

                                      By   */s/ Mary E. Gregory*
                                              JEFFREY S. CROWE
                                              SCOTT SVESLOSKY
                                              MARY E. GREGORY
                                              Attorneys for Defendant
                                              LIBERTY INSURANCE CORPORATION

**[PROPOSED] ORDER**

Having considered the Stipulation and for good cause shown, IT IS HEREBY ORDERED that the current Pretrial Scheduling Order in this case (ECF 32) be modified as follows:

- The non-expert discovery completion date shall be continued to May 31, 2024 for the sole purpose of completing the depositions of:
    - Baker Hostetler in its capacity as an F.R.C.P. 30(b)(6) witness;
    - Baker Attorney Joseph Chairez;
    - Baker Attorney Robert Julian;
    - Baker Attorney Dustin Dow;
    - Carlson Calladine & Peterson LLP in its capacity as an F.R.C.P.30(b)(6) witness;
    - Carlson Attorney David Bona;
    - Liberty employee Sarah Kaufman; and
    - Liberty employee Melissa Mandel.
- If the Court orders Liberty to produce additional documents after a hearing on the Parties' Joint Statement of Discovery Disagreements described in Paragraph 9 above, Roseburg may seek to depose Liberty individuals identified in those documents.
- Either Party may seek to depose individuals identified in or related to the other Party's privilege log.
- If the Court orders either Party to produce communications the Party had deemed privileged, the opposing Party may seek to depose or reopen depositions related to those communications.

/ / /

/ / /

/ / /

/ / /

/ / /

1  • All other dates in this Court's December 19, 2023 Order Modifying the
2  Initial Pretrial Scheduling Order shall remain the same.

   **IT IS SO ORDERED.**

   DATED:  April 16, 2024

   _____
   Troy L. Nunley
   United States District Judge

-7-
STIPULATION TO MODIFY THE PRETRIAL SCHEDULING ORDER; ORDER