| | |
|---|---|
| **HUNTON ANDREWS KURTH LLP**<br>Scott P. DeVries (State Bar No. 88221)<br>50 California Street, Suite 1700<br>San Francisco, CA 94111<br>Telephone: (415) 975-3700<br>Facsimile: (415) 975-3701<br>sdevries@HuntonAK.com<br><br>Rachel E. Hudgins (admitted *pro hac vice*)<br>Bank of America Plaza, Ste. 4100<br>600 Peachtree Street, N.E.<br>Atlanta, GA  30308<br>Telephone: (404) 888-4000<br>Facsimile: (404) 888-4190<br>rhudgins@HuntonAK.com<br><br>*Attorneys for Plaintiffs RLC Industries Co.*<br>*and Roseburg Forest Products Co.* | **MCCLOSKEY, WARING, WAISMAN &**<br>    **DRURY LLP**<br>Andrew R. McCloskey (State Bar No. 179511)<br>David G. Hackett (State Bar No. 259775)<br>Richard E. Decker (State Bar No. 299729)<br>4445 Eastgate Mall, Suite 200<br>San Diego, CA  92121<br>Telephone: (619) 237-3095<br>Facsimile: (619) 23-3789<br>amccloskey@mwwdlaw.com<br>rdecker@mwwdlaw.com<br>dhackett@mwwdlaw.com<br><br>*Attorneys for Defendant Everest National*<br>   *Insurance Company* |

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RLC INDUSTRIES CO. and ROSEBURG FOREST PRODUCTS CO.,<br><br>Plaintiffs,<br><br>v.<br><br>LIBERTY INSURANCE CORPORATION,<br><br>Defendant. | Case No. 2:23-cv-00649-TLN-DB<br><br>*Assigned to The Hon. Troy L. Nunley and Magistrate Judge The Hon. Deborah Barnes*<br><br>**STIPULATION AND ORDER TO:**<br><br>**(1) DISMISS DEFENDANT EVEREST NATIONAL INSURANCE COMPANY; AND**<br><br>**(2) RETAIN JURISDICTION** |

# STIPULATION

Plaintiffs RLC Industries Co. and Roseburg Forest Products Co. (collectively, "Roseburg") and defendant Everest National Insurance Company ("Everest National") (collectively, the "Party" or "Parties"), by and through their counsel of record, hereby agree and stipulate as follows:

1. Roseburg's Complaint in this action shall be dismissed with prejudice as to Everest National only, with each Party bearing its own attorneys' fees and costs;

2. The Court shall retain jurisdiction to enforce the terms of the Parties' Confidential Settlement Agreement and Mutual Release ("Settlement Agreement"), to resolve any disputes regarding the Settlement Agreement, and to order any appropriate remedy, if a Party fails to comply with the terms of the Settlement Agreement.

DATED:  May 2, 2024

**HUNTON ANDREWS KURTH LLP**

*/s/     Scott P. DeVries*
Scott P. Devries (State Bar No. 88221)
50 California Street, Suite 1700
San Francisco, CA 94111
Telephone:  (415) 975-3700
Facsimile:  (415) 975-3701
sdevries@HuntonAK.com

*Attorneys for Plaintiffs RLC Industries Co. and Roseburg Forest Products Co.*

**MCCLOSKEY, WARING, WAISMAN & DRURY LLP**

*/s/      Andrew R. McCloskey*
Andrew R. McCloskey (State Bar No. 179511)
David G. Hackett (State Bar No. 259775)
Richard E. Decker (State Bar No. 299729)
4445 Eastgate Mall, Suite 200
San Diego, CA  92121
Telephone:  (619) 237-3095
Facsimile:  (619) 23-3789
amccloskey@mwwdlaw.com
rdecker@mwwdlaw.com
dhackett@mwwdlaw.com

*Attorneys for Defendant Everest National Insurance Company*

## ORDER

The Court, having read and considered the foregoing Amended Stipulation for Entry of an Order to (1) Dismiss Roseburg's Complaint With Prejudice as to Defendant Everest National Insurance Company only; and (2) Retain Jurisdiction; and good cause appearing therefor,

IT IS HEREBY ORDERED that:

1. Plaintiffs' Complaint in this action shall be dismissed with prejudice as to Everest National Insurance Company only, with each Party bearing its own attorneys' fees and costs;

2. The Court shall retain jurisdiction to enforce the terms of the Parties' Confidential Settlement Agreement and Mutual Release ("Settlement Agreement"), to resolve any disputes regarding the Settlement Agreement, and to order any appropriate remedy, if a Party fails to comply with the terms of the Settlement Agreement.

DATED: May 3, 2024

_____
Troy L. Nunley
United States District Judge