1

2

3

4

5

6

7

8                        UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   RLC INDUSTRIES CO. and ROSEBURG          No.  2:23-cv-0649 TLN DB
     FOREST PRODCUTS CO.,
12

13              Plaintiffs,                    ORDER

14        v.

15   LIBERTY INSURANCE
     CORPORATION,
16

17              Defendant.

18

19          On June 13, 2024, this matter came before the undersigned pursuant to Local Rule

20   302(c)(1) for hearing of plaintiffs' motion to compel.  (ECF No. 46.)  Attorney Rachel Hudgins

21   appeared via Zoom on behalf of plaintiffs.  Attorney Mary Gregory appeared via Zoom on behalf

22   of the defendant.  During oral argument plaintiff's counsel lost internet connectivity.  The motion

23   to compel will, therefore, be continued.

24          During defense counsel's oral argument, it seemed that defense counsel argued that

25   because the deadline for fact discovery had closed the motion to compel was moot.  This issue

26   was not raised in the parties' Joint Statement.  Instead, the Joint Statement makes repeated

27   reference to expert discovery.  The parties will be asked to clarify this issue.

28   ////

                                            1

Accordingly, IT IS HEREBY ORDERED that:

1.  The June 13, 2024 hearing of plaintiff's motion to compel (ECF No. 46) is continued to **June 25, 2024**, at 10:00 am via Zoom[1]; and

2.  On or before **June 20, 2024,** the parties shall file a joint statement clarifying whether the discovery at issue is fact-based discovery or expert discovery.

Dated:  June 14, 2024

_____

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:6
DB/orders/orders.civil/rlc0649.oah.061324

[1] The undersigned certainly understands the unexpected nature of technical difficulties.  However, in the event plaintiff's motion cannot be heard on June 25, 2024, the parties are advised that the hearing of plaintiff's motion will have to be continued until a date after August 1, 2024.  The parties may also be asked to appear in person.

2