SCOTT P. DEVRIES, Cal. Bar No. 88221
**HUNTON ANDREWS KURTH LLP**
50 California Street, Suite 1700
San Francisco, CA 94111
Telephone: 415.975.3700
Facsimile: 415.975.3701
Email: SDeVries@hunton.com

RACHEL E. HUDGINS (admitted *pro hac vice*)
**HUNTON ANDREWS KURTH LLP**
Bank of America Plaza, Ste. 4100
600 Peachtree Street, N.E.
Atlanta, GA 30308
Telephone: 404.888.4000
Facsimile: 404.888.4190
Email: RHudgins@hunton.com

Attorneys for Plaintiffs RLC INDUSTRIES CO.
and ROSEBURG FOREST PRODUCTS CO.

JEFFREY S. CROWE, Cal. Bar No. 216055
**SHEPPARD, MULLIN, RICHTER & HAMPTON LLP**
650 Town Center Drive, 10th Floor
Costa Mesa, California 92626
Telephone: 714.513.5100
Facsimile: 714.513.5130
Email: jcrowe@sheppardmullin.com

SCOTT SVESLOSKY, Cal. Bar No. 217660
MARY E. GREGORY, Cal. Bar No. 210247
**SHEPPARD, MULLIN, RICHTER & HAMPTON LLP**
333 South Hope Street, 43rd Floor
Los Angeles, California 90071-1422
Telephone: 213.620.1780
Facsimile: 213.620.1398
Email: mgregory@sheppardmullin.com

Attorneys for Defendant
LIBERTY INSURANCE CORPORATION

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| RLC INDUSTRIES CO. and ROSEBURG FOREST PRODUCTS CO., <br><br> Plaintiffs, <br><br> v. <br><br> LIBERTY INSURANCE CORPORATION, EVEREST NATIONAL INSURANCE COMPANY, and THE OHIO CASUALTY INSURANCE COMPANY, <br><br> Defendants. | Case No. 2:23-cv-00649-TLN-DB <br><br> Assigned to the Hon. Troy L. Nunley and Magistrate Judge Deborah Barnes <br><br> **STIPULATION AND ORDER TO MODIFY THE PRETRIAL SCHEDULING ORDER** |

-1-
STIPULATION TO MODIFY THE PRETRIAL SCHEDULING ORDER; ORDER

**TO THE HONORABLE COURT:**

Plaintiffs RLC Industries, Inc. and Roseburg Forest Products Co. (collectively "Roseburg"), and Defendant Liberty Insurance Corporation ("Liberty") (collectively "the Parties"), by and through their attorneys of record, enter into the following stipulation for an order modifying the Court's Scheduling Order (ECF 5) to continue the completion dates for (1) expert witness disclosures; (2) rebuttal expert disclosures; and (3) the expert discovery cutoff date.

I.     **RECITALS.**

**WHEREAS:**

1. On April 7, 2023, Roseburg filed its Complaint in this action against Liberty, The Ohio Casualty Insurance Company and Everest National Insurance Company. Roseburg asserts causes of action for breach of contract and breach of the covenant of good faith and fair dealing against Liberty. Roseburg alleges that Liberty failed to defend Roseburg against claims arising out of a fire in Weed, California, which originated on Roseburg's premises. Roseburg further alleges that Liberty's conduct was in bad faith. Liberty denies Roseburg's claims.

2. On May 26, 2023, Liberty filed its Answer to Roseburg's Complaint.

3. On April 7, 2023, the Court issued its Initial Pretrial Scheduling Order. (ECF 5).

4. On June 30, 2023, the Parties submitted their Joint Federal Rule 26(f) Report and Discovery Plan. (ECF 24).

5. On July 11, 2023, the Court issued a Minute Order advising the Parties to submit any request to modify the Court's Initial Pretrial Scheduling Order through a Stipulation and Proposed Order for the Court's consideration. (ECF 25).

6. On August 7, 2023, pursuant to Roseburg and defendant Ohio Casualty Insurance Company's Stipulation, the Court dismissed Ohio Casualty with prejudice. (ECF 28).

7. On May 3, 2024, pursuant to Roseburg and defendant Everest National

Insurance Company's Stipulation, the Court dismissed Everest with prejudice. (ECF 56).

8. On December 19, 2023, the Court granted Roseburg's and Liberty's request to modify the Initial Pretrial Scheduling Order. (ECF 32). The Order continued the non-expert discovery completion date from January 19, 2024 to May 3, 2024.

9. The Parties have completed all written discovery apart from that associated with a Joint Statement addressing the sufficiency of Liberty's responses to discovery that Roseburg served in September 2023, which remains pending before Magistrate Judge Barnes. (ECF nos. 58, 59, 60, 46, 54 and 62).

10. On April 6, 2024, the Court granted Roseburg's and Liberty's second request for limited modifications of the Initial Pretrial Scheduling Order. (ECF 41). The Order continued the non-expert discovery completion date to May 31, 2024 for the limited purpose of taking certain depositions; potential discovery if Magistrate Judge Barnes finds in Roseburg's favor on the pending discovery motion; and potential discovery disputes regarding privilege logs.

11. The Parties require additional time to designate expert witnesses and disclose their written reports. Additional time is necessary because of: (1) the short time frame between the modified discovery completion date of May 31, 2024, and the current initial expert disclosure date of July 5, 2024; and (2) scheduling conflicts among one or more experts to complete their reports and depositions within the current schedule.

12. Based on their experts' and counsel's schedules, the Parties have agreed, and seek the Court's approval, to extend: (1) the initial expert disclosures to August 2, 2024; (2) the rebuttal expert disclosures to August 30, 2024; (3) the expert-discovery cutoff (including the time to file expert discovery motions) to November 22, 2024.

13. To accommodate the scheduling conflicts among one or more experts, the Parties agree to waive any requirement to provide supplemental or rebuttal reports by their respective experts, who will opine on the reasonableness and necessity of the fees and costs that Roseburg incurred ("Damages Experts"), except that (1) Liberty's Damages Expert may issue a report to address new issues not raised in their initial report or

1  otherwise to offer rebuttal/supplemental opinions to Plaintiffs' Damages Expert and (2)
2  Roseburg's Damages Expert will be permitted to address new issues raised in Liberty's
3  Damages Expert's report (if any) or to otherwise offer rebuttal/supplemental opinions to
4  Liberty's Damages Expert in deposition testimony.

5     14.    With an extension of the foregoing dates, the Parties also agree and ask the
6  Court to extend the dispositive motion deadline to December 12, 2024, which will allow
7  for the completion of expert discovery prior to the dispositive motion deadline.

**II.     STIPULATION.**

Therefore, the Parties, by and through their counsel of record, hereby stipulate to an order from the Court extending the expert discovery and dispositive motions deadlines in this matter to the following dates:

- August 2, 2024:         Initial Expert Disclosures Due.
- August 30, 2024:        Rebuttal Expert Disclosures Due.
- October 25, 2024:       Last Day to Depose Expert Witnesses.
- November 22, 2024:      Expert Discovery Cutoff/Last Day to File Motions Related to Expert Discovery Issues.
- December 12, 2024:      Last Day to File Dispositive Motions.

All other dates in the Court's prior Scheduling Orders will remain the same.

**IT IS SO STIPULATED.**

Dated:  June 27, 2024

          HUNTON ANDREWS KURTH LLP

By     */s/ Rachel E. Hudgins*
       *[as authorized on June 27, 2024]*
       SCOTT P. DeVRIES
       RACHEL E. HUDGINS
       Attorneys for Plaintiffs
       RLC INDUSTRIES CO. and ROSEBURG
       FOREST PRODUCTS CO.

[signatures continued on next page]

1  Dated:  June 27, 2024

2                               SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

3

4                               By      */s/ Mary E. Gregory*
5                                    JEFFREY S. CROWE
                                     SCOTT SVESLOSKY
6                                    MARY E. GREGORY
7                                    Attorneys for Defendant
                                     LIBERTY INSURANCE CORPORATION
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**ORDER**

Having considered the Stipulation and for good cause shown, IT IS HEREBY ORDERED that the current Pretrial Scheduling Order in this case (ECF 32) be modified as follows:

- August 2, 2024: Initial Expert Disclosures Due.
- August 30, 2024: Rebuttal Expert Disclosures Due.
- October 25, 2024: Last Day to Depose Expert Witnesses.
- November 22, 2024: Expert Discovery Cutoff/Last Day to File Motions Related to Expert Discovery Issues.
- December 12, 2024: Last Day to File Dispositive Motions.

All other dates in the Court's prior Scheduling Orders will remain the same.

**IT IS SO ORDERED.**

DATED: June 28, 2024

Troy L. Nunley
United States District Judge