1    SCOTT P. DEVRIES, Cal. Bar No. 88221
     **HUNTON ANDREWS KURTH LLP**
2    50 California Street, Suite 1700
     San Francisco, CA  94111
3    Telephone:    415.975.3700
     Facsimile:    415.975.3701
4    Email:        SDeVries@hunton.com

     RACHEL E. HUDGINS (admitted *pro hac vice*)
     **HUNTON ANDREWS KURTH LLP**
     Bank of America Plaza, Ste. 4100
     600 Peachtree Street, N.E.
     Atlanta, GA 30308
     Telephone:    404.888.4000
     Facsimile:    404.888.4190
     Email:        RHudgins@hunton.com

5
6    Attorneys for Plaintiffs RLC INDUSTRIES CO.
     and ROSEBURG FOREST PRODUCTS CO.

7    JEFFREY S. CROWE, Cal. Bar No. 216055
     **SHEPPARD, MULLIN, RICHTER & HAMPTON LLP**
8    650 Town Center Drive, 10th Floor
     Costa Mesa, California 92626
9    Telephone:    714.513.5100
     Facsimile:    714.513.5130
10   Email:        jcrowe@sheppardmullin.com

11   SCOTT SVESLOSKY, Cal. Bar No. 217660
     MARY E. GREGORY, Cal. Bar No. 210247
12   **SHEPPARD, MULLIN, RICHTER & HAMPTON LLP**
     333 South Hope Street, 43rd Floor
13   Los Angeles, California 90071-1422
     Telephone:    213.620.1780
14   Facsimile:    213.620.1398
     Email:        mgregory@sheppardmullin.com

15
16   Attorneys for Defendant
     LIBERTY INSURANCE CORPORATION

17

18                   **UNITED STATES DISTRICT COURT**

     **EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION**
19

20

| | |
|---|---|
| RLC INDUSTRIES CO. and ROSEBURG FOREST PRODUCTS CO., | Case No. 2:23-cv-00649-TLN-SCR |
| Plaintiffs, | Assigned to the Hon. Troy L. Nunley and Magistrate Judge Sean C. Riordan |
| v. | |
| LIBERTY INSURANCE CORPORATION, EVEREST NATIONAL INSURANCE COMPANY, and THE OHIO CASUALTY INSURANCE COMPANY, | **STIPULATION AND ORDER TO MODIFY THE PRETRIAL SCHEDULING ORDER** |
| Defendants. | |

21

22

23

24

25

26

27

28

1    **TO THE HONORABLE COURT:**

2    Plaintiffs RLC Industries, Inc. and Roseburg Forest Products Co. (collectively

3    "Roseburg"), and Defendant Liberty Insurance Corporation ("Liberty") (collectively "the

4    Parties"), by and through their attorneys of record, enter into the following stipulation for

5    an Order modifying the Court's Scheduling Order (ECF 5) to briefly continue the

6    completion date for expert depositions and the expert discovery cutoff by two weeks.

7    **I.    RECITALS.**

8    **WHEREAS:**

9    1.    On April 7, 2023, the Court issued its Initial Pretrial Scheduling Order.

10   (ECF 5).

11   2.    On July 11, 2023, the Court issued a Minute Order advising the Parties to

12   submit any request to modify the Court's Initial Pretrial Scheduling Order through a

13   Stipulation and Proposed Order for the Court's consideration.  (ECF 25).

14   3.    On December 19, 2023, the Court granted Roseburg's and Liberty's request

15   to modify the Initial Pretrial Scheduling Order.  (ECF 32).  The Order continued the non-

16   expert discovery completion date from January 19, 2024 to May 3, 2024.

17   4.    On June 28, 2024, the Court granted the Parties' request to modify expert

18   discovery deadlines.  (ECF 66).  The Order continued the deadline for initial expert

19   witness disclosures from July 5, 2024 to August 2, 2024 and rebuttal expert disclosures

20   from August 2, 2024 to August 30, 2024.  The Parties timely served their initial and

21   rebuttal disclosures, and identified a total of eight (8) retained and non-retained expert

22   witnesses.

23   5.    The Court also granted the Parties' request to modify the expert deposition

24   and cutoff deadlines.  (ECF 66).  The current Order requires the Parties to complete expert

25   depositions by October 25, 2024.  The expert discovery cutoff date is November 22, 2024.

26   6.    The Parties have scheduled six of the eight depositions to take place before

27   the October 25, 2024 deadline.  However, based on the experts' and counsel's availability,

28   two of the expert witnesses are not available for deposition until after October 25, 2024.

7.    Based on their experts' and counsel's schedules, the Parties have agreed, and seek the Court's approval, to extend the deadline to take expert depositions for two weeks until to November 8, 2024, and the expert discovery cutoff for two weeks to December 6, 2024.

## II.    **STIPULATION.**

Therefore, the Parties, by and through their counsel of record, hereby stipulate to an order from the Court extending the expert deposition completion deadline in this matter to:

- November 8, 2024:        Last Day to Depose Expert Witnesses
- December 6, 2024:        Expert Discovery Cutoff

All other dates in the Court's prior Scheduling Orders will remain the same.

**IT IS SO STIPULATED.**

Dated: September 24, 2024

HUNTON ANDREWS KURTH LLP

By          */s/ Rachel E. Hudgins*
            *[as authorized on September 24, 2024]*
            SCOTT P. DeVRIES
            RACHEL E. HUDGINS
            Attorneys for Plaintiffs
            RLC INDUSTRIES CO. and ROSEBURG
            FOREST PRODUCTS CO.

Dated: September 24, 2024

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By          */s/ Mary E. Gregory*
            JEFFREY S. CROWE
            SCOTT SVESLOSKY
            MARY E. GREGORY
            Attorneys for Defendant
            LIBERTY INSURANCE CORPORATION

STIPULATION TO MODIFY THE PRETRIAL SCHEDULING ORDER; ORDER

1

**ORDER**

2      Having considered the Stipulation and for good cause shown, IT IS HEREBY

3  ORDERED that the current Pretrial Scheduling Order in this case (ECF 66) be modified as

4  follows:

5          ●      November 8, 2024:        Last Day to Depose Expert Witnesses

6          ●      December 6, 2024:        Expert Discovery Cutoff

7

8          All other dates in the Court's prior Scheduling Orders will remain the same.

9

10          **IT IS SO ORDERED.**

11  DATED:  September 24, 2024

12                                                                      _____
                                                                        Troy L. Nunley
                                                                        Chief United States District Judge

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION TO MODIFY THE PRETRIAL SCHEDULING ORDER; ORDER