Scott P. DeVries (State Bar No. 88221)
HUNTON ANDREWS KURTH LLP
50 California Street, Suite 1700
San Francisco, CA 94111
Telephone:  (415) 975-3700
Facsimile:  (415) 975-3701
sdevries@hunton.com

Rachel E. Hudgins (*Pro Hac Vice*)
HUNTON ANDREWS KURTH LLP
Bank of America Plaza, Ste. 4100
600 Peachtree Street, N.E.
Atlanta, GA  30308
Telephone:  (404) 888-4000
Facsimile:  (404) 888-4190
rhudgins@hunton.com

*Attorneys for Plaintiffs RLC Industries Co. and Roseburg Forest Products Co.*

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION**

| | |
|---|---|
| RLC INDUSTRIES CO. and ROSEBURG FOREST PRODUCTS CO.,<br><br>Plaintiffs,<br><br>v.<br><br>LIBERTY INSURANCE CORPORATION,<br><br>Defendant. | Case No. 2:23-cv-00649-TLN-SCR<br><br>Assigned to the Hon. Troy L. Nunley and Magistrate Judge Sean C. Riordan<br><br>**ORDER RELATING TO REQUEST TO SEAL DOCUMENTS FILED IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY ADJUDICATION** |

In support of their Request to Seal Documents Filed In Support of Plaintiffs' Motion for Summary Adjudication, Plaintiffs RLC Industries Co. and Roseburg Forest Products Co. (together, "Roseburg") hereby file this proposed order.

Dated:  December 11, 2024

HUNTON ANDREWS KURTH LLP

By      */s/*
       SCOTT P. DEVRIES
       RACHEL E. HUDGINS
       Attorneys for Plaintiffs
       RLC INDUSTRIES CO. AND ROSEBURG FOREST PRODUCTS CO.

-1-
ORDER

**ORDER**

Having considered the Request to Seal Documents Filed In Support of Plaintiffs' Motion for Summary Adjudication, and for good cause shown, **IT IS HEREBY ORDERED** that:

1. The documents requested by Roseburg in the Request to Seal Documents Filed In Support of Plaintiffs' Motion for Summary Adjudication shall be filed under seal ("Confidential Filing"):

   a. Portions of an unredacted version of David Bona's deposition transcript.

   b. Portions of an unredacted version of Robert Julian's deposition transcript.

   c. Portions of an unredacted version of Roseburg's 30(b)(6) designee's deposition transcript.

   d. Exhibit 4: The Ohio Casualty Insurance Company claims notes.

   e. Exhibit 31: September 6, 2022 Baker & Hostetler LLP retention letter.

   f. Exhibit 43: The Liberty Insurance Corporation ("Liberty") claims notes.

   g. Exhibit 54: Email chain between September 28, 2022 and October 5, 2022 involving Liberty representatives and Roseburg's insurance broker.

   h. Exhibit 93: Email chain dated December 7, 2022 between Liberty representatives and outside counsel.

   i. Exhibit 125: Email from Bona to Kaufman dated December 15, 2022.

   j. Exhibit 233: Email from the Mill Fire mediator to Julian dated February 19, 2024.

   k. Briefs and declarations that reference and/or contain excerpts of the material referenced above.

2. The Court shall maintain the Confidential Filing under seal.

DATED: December 11, 2024

Troy L. Nunley
Chief United States District Judge