SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
JEFFREY S. CROWE, Cal. Bar No. 216055
650 Town Center Drive, 10th Floor
Costa Mesa, California 92626
Telephone:    714.513.5100
Facsimile:    714.513.5130
Email:        jcrowe@sheppardmullin.com

SCOTT SVESLOSKY, Cal. Bar No. 217660
MARY E. GREGORY, Cal. Bar No. 210247
350 S. Grand Ave., 40th Floor
Los Angeles, California 90071-3460
Telephone:    213.620.1780
Facsimile:    213.620.1398
Email:        ssveslosky@sheppardmullin.com
              mgregory@sheppardmullin.com

Attorneys for Defendant
LIBERTY INSURANCE CORPORATION

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| RLC INDUSTRIES CO. and ROSEBURG FOREST PRODUCTS CO.,<br><br>Plaintiffs,<br><br>v.<br><br>LIBERTY INSURANCE CORPORATION, EVEREST NATIONAL INSURANCE COMPANY, and THE OHIO CASUALTY INSURANCE COMPANY,<br><br>Defendants. | Case No. 2:23-cv-00649-TLN-SCR<br><br>Assigned to the Hon. Troy L. Nunley and Magistrate Judge Sean C. Riordan<br><br>**ORDER GRANTING DEFENDANT LIBERTY INSURANCE CORPORATION'S REQUEST TO REDACT AND FILE UNDER SEAL CERTAIN EXHIBITS AND FILINGS IN SUPPORT OF DEFENDANT LIBERTY INSURANCE CORPORATION'S OPPOSITION TO PLAINTIFFS' MOTION FOR SUMMARY ADJUDICATION** |

Defendant Liberty Insurance Corporation ("Liberty") has submitted a Request to Redact and File Under Seal Certain Exhibits and Filings in Support of Defendant Liberty Insurance Corporation's Opposition to Plaintiffs' Motion for Summary Adjudication. Having considered Liberty's Request to Seal Documents, the Court ORDERS as follows:

1. Liberty's request to seal the unredacted copy of Exhibit 79 is GRANTED.

2. Liberty's request to seal the unredacted copy of Exhibit 81 is GRANTED.

3. Liberty's request to seal the unredacted copy of its Opposition to Plaintiffs RLC Industries Co. and Roseburg Forest Products Co.'s Motion for Summary Adjudication is GRANTED.

4. Liberty's request to seal the unredacted copy of its Response to Plaintiffs Statement of Undisputed Material Facts is GRANTED.

**IT IS SO ORDERED.**

DATED: January 13, 2025

_____
Troy L. Nunley
Chief United States District Judge