Scott P. DeVries (State Bar No. 88221)
HUNTON ANDREWS KURTH LLP
50 California Street, Suite 1700
San Francisco, CA 94111
Telephone: (415) 975-3700
Facsimile: (415) 975-3701
sdevries@hunton.com

Rachel E. Hudgins (*Pro Hac Vice*)
HUNTON ANDREWS KURTH LLP
Bank of America Plaza, Ste. 4100
600 Peachtree Street, N.E.
Atlanta, GA 30308
Telephone: (404) 888-4000
Facsimile: (404) 888-4190
rhudgins@hunton.com

*Attorneys for Plaintiffs RLC Industries
Co. and Roseburg Forest Products Co.*

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| RLC INDUSTRIES CO. and ROSEBURG FOREST PRODUCTS CO., <br><br> Plaintiffs, <br><br> v. <br><br> LIBERTY INSURANCE CORPORATION, THE OHIO CASUALTY INSURANCE COMPANY, and EVEREST NATIONAL INSURANCE COMPANY, <br><br> Defendants. | Case No. 2:23-cv-00649-TLN-SCR <br><br> Assigned to the Hon. Troy L. Nunley and Magistrate Judge Sean C. Riordan <br><br> **ORDER RELATING TO REQUEST TO SEAL DOCUMENTS FILED IN SUPPORT OF PLAINTIFFS' OPPOSITION TO LIBERTY INSURANCE CORPORATION'S MOTION FOR SUMMARY JUDGMENT** <br><br> **Hearing Date**: February 6, 2025 <br> **Time**: 2:00 P.M. <br> **Judges**: Hon. Troy L. Nunley <br>         Hon. Sean C. Riordan <br> **Pretrial Conference Date**: n/a <br> **Trial Date**: n/a <br><br> **Action Filed**: April 7, 2023 |

In support of their Request to Seal Documents Filed in Support of Plaintiffs' Opposition to Liberty Insurance Corporation's Motion for Summary Judgment, Plaintiffs RLC Industries Co. and Roseburg Forest Products Co. (together, "Roseburg") hereby file this proposed order.

-1-
ORDER

Dated:  January 14, 2025

HUNTON ANDREWS KURTH LLP

By          */s/ Scott P. DeVries*

SCOTT P. DEVRIES
RACHEL E. HUDGINS
Attorneys for Plaintiffs
RLC INDUSTRIES CO. AND ROSEBURG FOREST
PRODUCTS CO.

**ORDER**

Having considered the Request to Seal Documents Filed in Support of Plaintiffs' Opposition to Liberty Insurance Corporation's Motion for Summary Judgment, and for good cause shown, **IT IS HEREBY ORDERED** that:

1. The documents requested by Roseburg in the Request to Seal Documents Filed In Support of Plaintiffs' Opposition to Liberty Insurance Corporation's Motion for Summary Judgment shall be filed under seal ("Confidential Filing"):

 a. Exhibit 63:  Portions of an unredacted version of the deposition transcript of Matthew Lawless.

 b. Exhibit 67:  Portions of an unredacted version of the deposition transcript of Joseph Chairez.

 c. Exhibit 68:  Portions of an unredacted version of the deposition transcript of Robert Julian.

 d. Exhibit 71:  Exhibit 19 to the deposition of Donald Liskov, Liberty Mutual Insurance Company employee.

 e. Exhibit 79:  Exhibits 12 to the deposition of Chris Faddis.

 f. Exhibit 81:  Exhibit 16 to the deposition of Chris Faddis.

 g. Exhibit 82:  October 10, 2022 email from Dustin Dow, defense counsel for Roseburg, to Roseburg's insurers (LIC0017101 to LIC0017105).

 h. Exhibit 83:  Exhibit 65 to the deposition of Dustin Dow.

 i. Exhibit 84:  Exhibit 66 to the deposition of Dustin Dow

 j. Exhibit 85:  Exhibit 14 to the deposition of Chris Faddis.

 k. Exhibit 87:  Roseburg's Expert Report of Merri Baldwin dated August 2, 2024, with Exhibit A-C.

 l. Exhibit 88:  October 19, 2022 email from Victoria Weatherford, defense counsel for Roseburg, to David Bona, defense counsel appointed by Liberty (LIC0019366 to LIC0019376).

m.  Exhibit 89:  October 19, 2022 email from David Bona, defense counsel appointed by Liberty, to Logan Peppin, defense counsel for Roseburg (LIC0019406 to LIC0019417).

n.  Exhibit 92:  Exhibit 98 to the deposition of Sarah Kaufman.

o.  Exhibit 93:  Exhibit 99 to the deposition of Sarah Kaufman.

p.  Exhibit 94:  Exhibit 74 to the deposition of David Bona, appointed defense counsel for Roseburg.

q.  Exhibit 95:  November 16, 2022 email from Lauren Attard, defense counsel for Roseburg, to Roseburg's insurers (LIC0017284 to LIC0017288).

2.  The Court shall maintain the Confidential Filing under seal.

Dated:  January 14, 2025

_____
Troy L. Nunley
Chief United States District Judge