| | |
|---|---|
| SCOTT P. DEVRIES (SBN 88221) <br> HUNTON ANDREWS KURTH LLP <br> 50 California Street, Suite 1700 <br> San Francisco, CA 94111 <br> Telephone: (415) 975-3700 <br> Facsimile: (415) 975-3701 <br> sdevries@hunton.com | RACHEL E. HUDGINS (*Pro Hac Vice*) <br> HUNTON ANDREWS KURTH LLP <br> Bank of America Plaza, Ste. 4100 <br> 600 Peachtree Street, N.E. <br> Atlanta, GA 30308 <br> Telephone: (404) 888-4000 <br> Facsimile: (404) 888-4190 <br> rhudgins@hunton.com |

*Attorneys for Plaintiffs RLC Industries Co. and Roseburg Forest Products Co.*

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION**

| | |
|---|---|
| RLC INDUSTRIES CO. and ROSEBURG FOREST PRODUCTS CO., <br><br> Plaintiffs, <br><br> v. <br><br> LIBERTY INSURANCE CORPORATION, THE OHIO CASUALTY INSURANCE COMPANY, and EVEREST NATIONAL INSURANCE COMPANY, <br><br> Defendants. | Case No. 2:23-cv-00649-TLN-SCR <br><br> Assigned to the Hon. Troy L. Nunley and Magistrate Judge Sean C. Riordan <br><br> **ORDER RELATING TO REQUEST TO SEAL DOCUMENTS FILED IN SUPPORT OF PLAINTIFFS' REPLY TO LIBERTY INSURANCE CORPORATION'S OPPOSITION TO PLAINTIFFS' MOTION FOR SUMMARY ADJUDICATION AS TO COUNT I** <br><br> **Hearing Date**: TBD <br> **Time**: TBD <br> **Judges**: Hon. Troy L. Nunley <br>           Hon. Sean C. Riordan <br> **Pretrial Conference Date**: n/a <br> **Trial Date**: n/a <br><br> **Action Filed**: April 7, 2023 |

In support of their Request to Seal Documents Filed In Support of Plaintiffs' Reply to Liberty Insurance Corporation's Opposition to Plaintiffs' Motion for Summary Adjudication as to Count I, Plaintiffs RLC Industries Co. and Roseburg Forest Products Co. (together, "Roseburg") hereby file this proposed order.

1  Dated: January 22, 2025

2                           HUNTON ANDREWS KURTH LLP

3

4                  By          */s/ Scott P. DeVries*
                                SCOTT P. DEVRIES
5                               RACHEL E. HUDGINS
                                Attorneys for Plaintiffs
6                      RLC INDUSTRIES CO. AND ROSEBURG FOREST
                                    PRODUCTS CO.
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-2-
ORDER

**ORDER**

Having considered the Request to Seal Documents Filed In Support of Plaintiffs' Reply to Liberty Insurance Corporation's Opposition to Plaintiffs' Motion for Summary Adjudication as to Count I ("Request"), and for good cause shown, **IT IS HEREBY ORDERED** that:

1. The documents requested by Roseburg in the Request shall be filed under seal ("Confidential Filing"):

   a. Unredacted portions of the deposition transcript of Matthew Lawless, general counsel for Roseburg (Exhibit 149).

   b. Unredacted portions of the deposition transcript of David Bona, appointed defense counsel for Roseburg (Exhibit 150).

   c. Unredacted portions of the deposition transcript of Robert Julian, defense counsel for Roseburg (Exhibit 152).

   d. Excerpts of an invoice dated October 20, 2022 generated by Baker Hostetler LLP, defense counsel for Roseburg (ROSEBURG_00001-CONFIDENTIAL to ROSEBURG_00008-CONFIDENTIAL) (Exhibit 157).

   e. Briefs and declarations that reference and/or contain excerpts of the material referenced above.

2. The Court shall maintain the Confidential Filing under seal.

Dated: January 23, 2025

_____
Troy L. Nunley
Chief United States District Judge